No. 411, Misc.   CERVANTES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 413, Misc.   O'BRIEN v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 416, Misc.   HERGE v. BANMILLER, WARDEN.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.

No. 417, Misc.   RYAN v. NEW YORK.   Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 418, Misc.   PILKINGTON v. NEW YORK.   Appellate Division of the Supreme Court of New York, Third Judicial Department.   Certiorari denied.

No. 419, Misc.   KAPLAN v. MCNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL.   Appellate Division of the Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 420, Misc.   ANDERSON ET AL. v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 421, Misc.   HOLT v. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 422, Misc.   RICHARDSON v. PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 424, Misc.   MILES v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.